UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SARA LOUISE PETTY,

                    **Plaintiff,**

     -against-

MAISON HOSPITALITY FURNISHINGS, et al.,

                    **Defendants.**

-----------------------------------------------------------------X

25-CV-06342 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       On October 8, 2025, Plaintiff filed an Amended Complaint. By no later than Wednesday, October 29, 2025, Defendants shall either inform the Court that they intend to stand by their current Motion to Dismiss (ECF No. 15) or instead file an Answer or a new Motion to Dismiss. If Defendants file a new Motion to Dismiss, the pending motion at ECF No. 15 will be denied as moot.

**SO ORDERED.**

                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:     October 9, 2025
               New York, New York

1